■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY TERRY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered September 14, 1990, convicting him of attempted assault in the second degree, attempted criminal possession of a weapon in the third degree (two counts), and criminal possession of a hypodermic instrument, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

A review of the trial record discloses that the defendant's counsel requested that the court consider, as lesser included offenses, attempted assault in the second degree and attempted criminal possession of a weapon in the third degree in its deliberation. By affirmatively making such a request, the defendant waived his right to later complain of any error that may have occurred in connection with the court's consideration of those offenses (see, People v Ford, 62 NY2d 275). Mangano, P. J., Sullivan, O'Brien and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN VELASQUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Linakis, J.), rendered October 26, 1988, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The record reveals that at the plea allocution, the defendant knowingly, intelligently, and voluntarily waived his right to appeal as a condition of his plea agreement (see, People v Seaberg, 74 NY2d 1). Bracken, J. P., Lawrence, Miller and Copertino, JJ., concur.